Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−11513−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Herbert Pope Jr.
    3502 Jennifer Court
    Voorhees, NJ 08043

Social Security No.:
    xxx−xx−1759

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/13/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 13, 2017
JAN: bc

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-11513-ABA
Herbert Pope, Jr.                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Oct 13, 2017
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.

```
db            +Herbert Pope, Jr.,    3502 Jennifer Court,    Voorhees, NJ 08043-3006
516611397     +Allied Interstate,    3000 Corporate Exchange Dr.,    Columbus, OH 43231-7689
516611398     +Ascension Capital Group,    2201 E. Lamar Blvd. Ste. 200,    Arlington, TX 76006-7440
516611400     +Barry Rosenberg, Esquire,    411 Route 70 East,    Cherry Hill, NJ 08034-2414
516611401     +CENLAR/Central Loan Admin & Reporting,    425 Philips Blvd,    Ewing, NJ 08618-1430
516719073     +Camden County MUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
516704816     +Camden County MUA,    1645 Ferry Ave.,    Camden, NJ 08104-1311
516842594     +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516611403     +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
516681486     +Echelon Common Facilities Association, Inc.,    c/o Associa Mid-Atlantic,
               14000 Horizon Way, Suite 200,    Mt. Laurel, NJ 08054-4342
516611404     +Echelon Common Facilitites Assoc.,    c/o Mamco Property Management,
               75 Remittance Dr., Ste. 6076,    Chicago, IL 60675-6076
516667893     +Echelon Commons Facilities Association,    Law Offices of Nona L. Ostrove, LLC,
               1000 White Horse Road, Suite 703,    Voorhees, NJ 08043-4413
516670469      Homebridge Financial Services, Inc.,    KML Law Group PC,    Sentry Office Plaza,
               216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516647189     +LaBonne Vie at Echelon Condominium Assoc.,    Barry W. Rosenberg, Esquire,
               411 Route 70 East, Suite 104,    Cherry Hill, NJ 08034-2414
516611406     +Labonne Vie,    2215 Old Marlton Pike East, Ste. A,    Marlton, NJ 08053-2668
516611408     +Nextel,    7525 W. Campus Rd.,    New Albany, OH 43054-1121
516806905     +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516611410     +Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
516611411     +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516611412     +Trident Asset Management,    53 Perimeter Circle East, Suite 4,    Atlanta, GA 30346-2287
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2017 23:33:34     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2017 23:33:31     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516611399      EDI: CINGMIDLAND.COM Oct 13 2017 23:13:00      At&T Mobility,    1801 Valley View Lane,
               Dallas, TX 75234-8906
516611402      EDI: RCSFNBMARIN.COM Oct 13 2017 23:08:00      Credit One Bank,    PO Box 60500,
               City of Industry, CA 91716-0500
516611405     +EDI: AMINFOFP.COM Oct 13 2017 23:13:00      First Premier Bank,    PO Box 5529,
               Sioux Falls, SD 57117-5529
516693966      EDI: RESURGENT.COM Oct 13 2017 23:13:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516707544     +EDI: CREDIGYREC.COM Oct 13 2017 23:13:00      NCEP, LLC,    by AIS Data Services, LP as agent,
               P.O. Box 4138,    Houston, TX 77210-4138
516646949     +EDI: AISACG.COM Oct 13 2017 23:13:00      NCEP, LLC,    c/o Ascension Capital Group,
               P.O. Box 165028,    Irving, TX 75016-5028
516611407     +E-mail/Text: egssupportservices@egscorp.com Oct 13 2017 23:33:55     NCO,    507 Prudential Rd.,
               Horsham, PA 19044-2308
516777215     +EDI: PRA.COM Oct 13 2017 23:13:00      Orion Portfolio Services LLC,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516816728     +EDI: JEFFERSONCAP.COM Oct 13 2017 23:13:00      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516611409     +EDI: CCS.COM Oct 13 2017 23:13:00      Progresive Insurance Company,    PO Box 55126,
               Boston, MA 02205-5126
516611413     +EDI: VERIZONEAST.COM Oct 13 2017 23:13:00      Verizon,    500 TEchnology Dr Suite 500,
               Weldon Springs,, MO 63304-2225
516611414     +E-mail/Text: jdukelow@voorheesnj.com Oct 13 2017 23:33:32     Voorhees Township,
               2400 Voorees Town Center,    Voorhees, NJ 08043-1944
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Oct 13, 2017
                               Form ID: 148             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Homebridge Financial Services, Inc., f/k/a Real Estate
               Mortgage Network, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francis P. Cullari    on behalf of Debtor Herbert  Pope, Jr. cullari@comcast.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Nona  Ostrove    on behalf of Creditor    Echelon Commons Facilities Association
               nostrove@ostrovelaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Homebridge Financial Services, Inc., f/k/a Real
               Estate Mortgage Network, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```